IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
OZETTA HARDY and SHIRLEY      )
WALLACE, on behalf of         )
themselves and all others     )
similarly situated,           )
                              )
    Plaintiffs,               )
                              )     CIVIL ACTION NO.
    v.                        )       2:10cv573-MHT
                              )           (WO)
WHITEHALL GAMING CENTER,      )
LLC; et al.,                  )
                              )
    Defendants.               )
```

JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the joint motion for dismissal (doc. no. 89) is granted and that defendant Cadillac Jack, Inc. and the claims against it are dismissed without prejudice, with the parties to bear their own costs.  This case remains pending as to all other defendants and the claims against them.

Furthermore, there being no just reason for delay, it is ORDERED that this judgment is final pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 27th day of September, 2010.

                     <u>   /s/ Myron H. Thompson   </u>
                     **UNITED STATES DISTRICT JUDGE**