IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
OZETTA HARDY, et al.,        )
                             )
    Plaintiffs,              )
                             )    CIVIL ACTION NO.
    v.                       )     2:10cv573-MHT
                             )        (WO)
CORNERSTONE COMMUNITY        )
OUTREACH, INC., et al.,      )
                             )
    Defendants.              )
```

## JUDGMENT

Pursuant to the join stipulation of dismissal (Doc. No. 181), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Bally Gaming, Inc. and the claims against it are dismissed with prejudice, with no costs being taxed to any party.  Defendant Bally Gaming, Inc. is terminated as a party.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 24th day of July, 2012.

                              /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE