IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| OZETTA HARDY, et al.,        )<br>                              )<br>    Plaintiffs,              )<br>                              )<br>    v.                        )<br>                              )<br>                              )<br>CORNERSTONE COMMUNITY         )<br>OUTREACH, INC., et al.,       )<br>                              )<br>    Defendants.               ) | CIVIL ACTION NO.<br>2:10cv573-MHT<br>(WO) |

ORDER

Because a corporation must be represented by counsel, <u>Palazzo v. Gulf Oil Corp.</u>, 764 F.2d 1381, 1385 (11th Cir. 1985), it is ORDERED that the motion for leave to withdraw (doc. no. 196) is denied with leave to renew once new counsel for defendant Eclipse Gaming Systems, LLC, has entered an appearance.

The clerk of court is DIRECTED to serve this pleading directly upon defendant Eclipse Gaming Systems, LLC.

DONE, this the 10th day of August, 2016.

       /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**